**FILED**

**DEC 11 2012**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **ANGELO DAHLIA**, <br><br>        Plaintiff - Appellant, <br><br>   v. <br><br>**OMAR RODRIGUEZ, individually and as a Lieutenant of the Burbank Police Department; EDGAR PENARANDA, individually and as a Sergeant of the Burbank Police Department; JOSE DURAN, individually and as a Sergeant of the Burbank Police Department; CHRIS CANALES, individually and as a Detective of the Burbank Police Department; CITY OF BURBANK, a municipal corporation; JOHN MURPHY, individually and as a Lieutenant of the Burbank Police Department**, <br><br>        Defendants - Appellees, <br><br>   and <br><br>**TIM STEHR, individually**, <br><br>        Defendant. | No. 10-55978 <br><br> D.C. No. 2:09-CV-08453-MMM-JEM <br><br> ORDER |

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.